# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

**SYLVESTER L. EVANS, JR.**   **PLAINTIFF**

v.   **CAUSE NO. 1:18CV102-LG-RHW**

**GULFPORT P.D.**   **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Order of Dismissal entered herewith,

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED** this the 2nd day of May 2018.

s\ *Louis Guirola, Jr.*
Louis Guirola, Jr.
U.S. District Judge